UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4: 20 CR 417 RWS |
| | ) | |
| DARIYON MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Given that defendant has been released from the custody of the Bureau of Prisons,

**IT IS HEREBY ORDERED** that the motions for relief under Amendment 821 [73, 75] are denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2025.

1